

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Glenn Winningham; House of Fearn,
Appellant

No. 06-13-00017-CV          v.

Sarah J. Fullenwider; Officer C. Page;
Ninfa Mares; James D. Rogers; Jeffrey
Halstead; William Rumuly, Appellees

Appeal from the 67th District Court of
Tarrant County, Texas (Tr. Ct. No. 067-
263565-13).     Memorandum     Opinion
delivered by Justice Moseley, Chief Justice
Morriss and Justice Carter participating.

 

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED JULY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk